■ FRANK GIBBONS, Respondent, v. CITY OF NEW YORK et al., Defendants, and H. SAND Co., INC., Appellant.— In a negligence action to recover damages for personal injuries, defendant H. Sand Co., Inc., appeals from so much of a

judgment of the Supreme Court, Kings County, entered February 2, 1962 upon a jury verdict after trial, as is in favor of plaintiff against said defendant for $7,244.40. Judgment, insofar as appealed from, affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur.